# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BIBBS, | CASE NO. 1:08-cv-01736 AWI DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 11) |
| CDCR MEDICAL DEPARTMENT, et al, | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **30 DAYS** |
| Defendants. | |

Plaintiff Martin Bibbs ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred from the United States District Court, Central District of California, on November 13, 2008. On November 19, 2008, the Court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. (Doc. 8). Plaintiff did not file an application to proceed in forma pauperis, pay the filing fee, or otherwise respond to the court's order. On January 21, 2009, the Court filed a Findings and Recommendations recommending that this action be dismissed for failure to obey a court order. (Doc. 11). On February 13, 2009, Plaintiff filed an Objection to the Findings and Recommendations. (Doc. 12). Plaintiff states that he filed an application to proceed in forma pauperis on October 22, 2008.

The Court has reviewed the court docket for this action. On September 30, 2008, Plaintiff submitted an Inmate Trust Account Statement without a complaint. On October 22, 2008, Plaintiff filed his complaint. An Inmate Trust Account Statement is not an application to proceed in forma

1  pauperis.  There is no application to proceed in forma pauperis on record.

2      Plaintiff will be granted one final opportunity to either pay the filing fee, or submit an

3  application to proceed in forma pauperis.

4      The Clerk of the Court is HEREBY DIRECTED to send to Plaintiff, with this order, an

5  application to proceed in forma pauperis. Within **thirty (30)** days of the date of service of this order,

6  plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed,

7  or in the alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this order**

8  **will result in a recommendation that this action be dismissed.**

9      The Findings and Recommendations, filed January 21, 2009, are HEREBY VACATED.

10

11      IT IS SO ORDERED.

12   **Dated:   March 17, 2009**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28