UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BIBBS,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR MEDICAL DEPARTMENT,<br><br>        Defendant. | 1:08-cv-01736 AWI DLB PC<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT<br><br>(Doc. 15) |

Plaintiff is a prisoner proceeding pro se. On April 29, 2009, Plaintiff filed a motion to withdraw his complaint. The Court construes Plaintiff's motion as a request to voluntarily dismiss the action.

Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading. Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

IT IS SO ORDERED.

Dated:   May 2, 2009                              /s/ Anthony W. Ishii
                                                         CHIEF UNITED STATES DISTRICT JUDGE